**Order entered October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00956-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, ET AL., Appellees

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-01024-2014**

## ORDER

Before the Court is appellant's October 19, 2015 motion for an extension of time to file a brief. The record has not been filed and is due by November 13, 2015. Appellant's brief will be due thirty days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** appellant's motion as premature.

/s/     ELIZABETH LANG-MIERS
JUSTICE